UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD S. MERCER, | ) |
| Petitioner, | ) |
| v. | ) No. 4:11CV02038 AGF |
| TROY STEELE, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that Petitioner's motion (Doc. No. 23) for an order to compel the release of documents from various government entities, and the depositions of various individuals is **DENIED,** upon consideration of the relevant factors for allowing discovery in federal habeas cases. Petitioner has failed to demonstrate the good cause required for this Court to permit the discovery he seeks. *See Watson v. Nixon*, No. No. 4:10CV2161 FRB, 2012 WL 566366, at *3 (E.D. Mo. Feb. 7, 2012).

**IT IS FURTHER ORDERED** that Petitioner's motion (Doc. No. 22) for an extension of time to file a traverse is **GRANTED**, and the traverse filed on September 17, 2012, shall be fully considered by the Court.

**IT IS FURTHER ORDERED** that Petitioner's motion (Doc. No. 22) for an order to compel Respondent to open the prison law library is **DENIED**. The present action is limited to the question of whether habeas relief should be granted to Petitioner under 28 U.S.C. § 2254.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 30th day of October, 2012.